No. 10–6637.  VASQUEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6638.  VASQUEZ-OCHOA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6639.  RAMIREZ-AGUILAR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6640.  ORNELAS-LOPEZ, AKA LOPEZ PEREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6641.  MARTINEZ v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–6642.  MANNERS v. UNITED STATES; and
No. 10–6648.  SIEBERT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6643.  LOWE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–6645.  MILLER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–6646.  GUILLIOT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6653.  MARTINEZ SANTANA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6656.  VALENCIA-BARRAGAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–6659.  BRACEY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–6661.  BLOOMER v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 10–6666.  COLLINS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–6669.  LADSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.